# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0221.  KELVIN LARINZA DUKES v. THE STATE.**

On November 22, 2019, Kelvin Dukes filed an application for discretionary appeal, seeking review of the trial court's denial of his extraordinary motion for new trial.  That application has been docketed as Case No. A20D0190 and currently is pending before this Court.  A second discretionary application seeking review of the same trial court order  was docketed as Case No. A20D0221.  Given the prior filing, Case No. A20D0221 is duplicative, and is hereby DISMISSED as improvidently docketed.  All future filings in this action should be made in Case No. A20D0190.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/23/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*